# STATE OF LOUISIANA
# COURT OF APPEAL, THIRD CIRCUIT

## CA 05-296 consolidated with CA 05-294, CA 05-295


**ANATOLE THIBODEAUX, ET AL.**

**VERSUS**

**JAYCO, INC., ET AL.**


\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. 20010050
HONORABLE MARILYN CASTLE, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

**JOHN D. SAUNDERS**
**JUDGE**

\*\*\*\*\*\*\*\*\*\*

Court composed of John D. Saunders, Jimmie C. Peters, and Billy Howard Ezell, Judges.

**REVERSED.**

**J. Michael Wooderson**
**P.O. Box 53516**
**Lafayette, LA 70505**
**Counsel for Plaintiff/Appellant:**
**Anatole Thibodeaux, et al.**

**Samuel E. Masur**
**Bart J. Hebert**
**Gregory G. Duplantis**
**Gordon, Arata, McCollam, Duplantis, & Egan, L.L.P.**
**P.O. Box 81829**
**Lafayette, LA 70598**
**(337) 237-0132**
**Counsels for Defendants/Appellees:**
**Jayco, Inc.**
**Liberty Mutual Insurance Company**

**John P. Guillory**
**The Dill Firm**
**P.O. Box 3324**
**Lafayette, LA 70502**
**(337) 261-1408**
**Counsel for Defendant/Appellee:**
**MTI Industries, Inc.**

**Timothy J. McNamara**
**Greg R. Mier**
**Janice M. Reeves**
**Onebane Law Firm**
**P.O. Box 3507**
**Lafayette, LA 70502**
**(337) 237-2660**
**Counsels for Defendant/Appellee:**
**Atwood Mobile Products, Inc.**

**SAUNDERS, Judge.**

For the reasons discussed in the consolidated case of *Credeur v. Jayco*, 05-0294 (La.App. 3 Cir __/__/05), __ So.2d__, the judgement of the trial court is reversed. Costs of the appeal are assessed equally against defendants.

**REVERSED.**